IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD HUNT**                                                                                           **PLAINTIFF**
ADC #155896

v.                         Case No. 4:20-cv-00243-KGB-PSH

**ADAM K. CLARK**                                                                  **DEFENDANT**

## ORDER

The Court has reviewed Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 17). Plaintiff Richard Hunt has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Hunt's complaint for failure to comply with Local Rule 5.5(c) of the Eastern and Western Districts of Arkansas and failure to respond to this Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (recognizing that district courts have inherent power and discretion to dismiss *sua sponte* a case for failure to prosecute).

It is so ordered this 29th day of November, 2021.

                                                                        Kristine G. Baker
                                                                        United States District Judge