IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD HUNT**  **PLAINTIFF**
**ADC #155896**

v.  Case No. 4:20-cv-00243-KGB-PSH

**ADAM K. CLARK**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Richard Hunt's complaint is dismissed without prejudice (Dkt. Nos. 2, 5). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 29th day of November, 2021

_____
Kristine G. Baker
United States District Judge